FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Stanley Francisco Edward Baptiste
:
:
vs.                              : Civil Action No. 07 0959

Federal Bureau of Prisons        :
Department of Homeland Security
_____ :

## Motion/Affidavit In Support Of
## Motion To Proceed In Forma Pauperis

I, Stanley F. B. Baptiste, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes____ No xx
   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

_____

b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.
12-3-90 There and about $1,060 per month.

2. Have you received within the past twelve months any money from any of the following sources?

RECEIVED
MAY 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

a. Business, profession, or form of self-employment? Yes \_\_\_\_ No **XX**

b. Rent Payments, interest, or dividends? Yes \_\_\_\_ No **XX**

c. Pensions, annuities, or life insurance payments? Yes \_\_\_\_ No **XX**

d. Gifts or inheritances? Yes \_\_\_\_ No **XX**

e. Any other sources? Yes **XX** No \_\_\_\_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. **My Family in the Amount of $700**

3. Do you own any cash or do you have money in a checking or savings account? Yes **XX** No \_\_\_\_ (Include any funds in prison accounts)

If the answer is yes, state the total value owned.
**$222.57**

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes \_\_\_\_ No **XX**

If the answer is yes, describe the porperty and state its approximate value. **N/A**

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support. **N/A**

I understand that a false statement or answer to any questions in this motion/declaration will subject me to penalties for perjury.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the very best of my recollection, belief and understanding.

**5-2-07**
Date

Signature

```
===========================RIVERS CORRECTIONAL INSTITUTION===========================
                            Resident Account Summary
                         Friday, April 27, 2007  @08:10
=====================================================================================
For REG: 44102066     BAPTISTE, STANLEY
-------------------------------------------------------------------------------------
  Date       Transaction Description              Amount    Balance    Owed    Held    Reference
-------------------------------------------------------------------------------------
04/27/2007  PHONE PURCH  ITS                       -3.00     222.57    0.00    0.00
04/27/2007  EPR          OID:100067276-ComisaryPur -94.97    225.57    0.00    0.00
04/24/2007  DEPMO        WESTERN UNION JOHN        200.00    320.54    0.00    0.00
04/20/2007  PHONE PURCH  ITS                       -3.00     120.54    0.00    0.00
04/20/2007  EPR          OID:100066671-ComisaryPur -68.37    123.54    0.00    0.00
04/17/2007  DEPMO        JEAN                       70.00    191.91    0.00    0.00
04/13/2007  PHONE PURCH  ITS                       -3.00     121.91    0.00    0.00
04/13/2007  EPR          OID:100065798-ComisaryPur -72.06    124.91    0.00    0.00
04/06/2007  PHONE PURCH  PT                         -9.00    196.97    0.00    0.00
04/06/2007  EPR          OID:100064920-ComisaryPur -70.84    205.97    0.00    0.00
04/05/2007  PAYROLL      Pod Oderly AM               4.80    276.81    0.00    0.00
04/04/2007  DEPMO        WESTERN UNION RICARDO     200.00    272.01    0.00    0.00
03/30/2007  EPR          OID:100063974-ComisaryPur -75.89     72.01    0.00    0.00
03/30/2007  PHONE PURCH  PHONE TIME                 -5.00    147.90    0.00    0.00
03/28/2007  ERF          OID:100063292-ComisaryRef  22.44    152.90    0.00    0.00
03/23/2007  EPR          OID:100063292-ComisaryPur -70.88    130.46    0.00    0.00
03/19/2007  DEPMO        J.BARTISTE                200.00    201.34    0.00    0.00
03/16/2007  EPR          OID:100062470-ComisaryPur -10.40      1.34    0.00    0.00
03/14/2007  DEPMO        US TREASURY                11.74     11.74    0.00    0.00
02/28/2007  BAL FWD      INITIAL DEPOSIT             0.00      0.00    0.00    0.00
```

07 0959
FILED
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT