UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANLEY FRANCISCO
EDWARD BAPTISTE,

    Plaintiff

v.

FEDERAL BUREAU OF PRISONS,
et. al.

    Defendants.

Civil Action No. 07 0959 *UNA*

RECEIVED
JUN 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REPLY TO COURT ORDER

In reply to this Court's Order dated May 10, 2007, filed on May 23, 2007 requesting plaintiff to provide certain additional information, plaintiff asserts the following.

1. Plaintiff asserts that he was transferred from FCI Fort Dix in February of 2007, to Rivers Correctional Institution, arriving at Rivers Correctional Institution on February 27, 2007.

2. Rivers Correctional Institution is a privately run institution by The GEO Group, Inc. in Boca Raton, Florida, and none of GEO employees are employed by the federal government, nor do any of GEO employees work for the Bureau of Prisons.

3. The GEO Group, Inc. has contracted with the Federal Bureau of Prisons to house federal prisons.

4. Plaintiff had requested from his Unit Team (See enclosed copy of request) in A-Unit on 5-30-07 to provide him with a copy of

his last six (6) month trust account and to also contact FCI Fort Dix to obtain this information.

4. The response to plaintiff's request only states that the institution (Rivers Correctional Institution) will only go back as far as plaintiff's arrival at Rivers Correctional Institution.

Plaintiff asserts that he has done all that this court instructed him to do in regards to obtaining this information of the last six months of his "Inmate Trust Fund Account," and states that there is nothing else he can do.

Wherefore, in light of the above, plaintiff respectfully moves this honorable court to grant his request to proceed In Forma Pauperis.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the statements made herein are true and correct.

Executed on this  1st  day of  June  2007.

_____
Stanley Francisco Edward Baptiste

Subscribed to and Sworn before me this  1st  day of  June  2007.

_____
Notary Public

-2-

SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRIS[ONS]

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MS. Jackson, Counselor | 5-30-07 |
| FROM: Baptiste, Stanley | REGISTER NO.: 44102-066 |
| WORK ASSIGNMENT: POD/ORD | UNIT: A-5 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Respectfully Request a copy of my last six months Trust Fund Account Statement (or institutional equivalent) including the supporting Ledger sheets. For the same six month period immediately preceding the filing of my civil complaint.

Thank you in Advance

Bapt[iste]

(Do not write below this line)

DISPOSITION:

Baptiste arrived at Rivers Correctional Institution on 2/27/07. An account ledger issued to you from this institution will only go back as far as your arrival date at the institution.

Signature Staff Member: [signature]
Date: 5/30/07

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94