UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANLEY FRANCISCO EDWARD BAPTISTE   )
    Plaintiff                              )
                                           )   Civil Action No. 07-959 CKK
    v                                   )
                                           )
BUREAU OF PRISONS, ET AL   )

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on June 29th, 2007 from Unassigned (9098)

to Judge Kollar-Kotelly because the plaintiff has satisfied the requirements of the PLRA.

                                               NANCY MAYER-WHITTINGTON, CLERK


                                               By: La Tanau Scott
                                                   Deputy Clerk

CC:   Judge Kollar-Kotelly
& Courtroom Deputy