UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV0959 (CKK)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Dated: August 31, 2007　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　 /s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198   Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
R44102-066
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986


         /s/  *Robin M. Meriweather*
        ROBIN M. MERIWEATHER, D.C. Bar # 490114