# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>             Plaintiff,<br><br>             v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>             Defendants. | Case Number: 1:07CV0959 (CKK) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Federal Bureau of Prisons et al., through undersigned counsel, hereby respectfully move for an enlargement of time of 30 days, up to and including October 4, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint. Defendants' response would otherwise be due September 4, 2007. Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address. Accordingly counsel for Defendants does not know Plaintiff's position on this motion. In support of this motion, Defendants state as follows:

Plaintiff Stanley Baptiste filed this action pursuant to the Privacy Act. The complaint alleges that Defendants have failed to maintain accurate records and failed to amend their files concerning Plaintiff. Specifically, Plaintiff contends that he is a United States citizen, through derivative citizenship, and should not be listed as deportable.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel at the Bureau of Prisons and the Department of Homeland Security concerning the factual allegations raised in Plaintiff's complaint, including Plaintiff's alleged

citizenship status, and the facts that support any defense(s) the agencies may raise.  Although the undersigned and agency counsel have made a good faith effort to obtain the relevant information in advance of the deadline for responding to the complaint, the undersigned has not yet received the facts necessary to prepare a responsive pleading.  Accordingly, the undersigned needs an additional 30 days to to complete that factual investigation and prepare Defendants' responsive pleading.  The requested enlargement also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases.

      Defendants have not previously requested that this Court enlarge the time for filing any pleading.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

Dated: August 31, 2007                  Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2007, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
R44102-066
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986


    /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114