UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>            Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV0959 (CKK)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Federal Bureau of Prisons et al., through undersigned counsel, hereby respectfully move for an enlargement of time of 11 days, up to and including October 15, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint. Defendants' response would otherwise be due October 4, 2007. Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address. Accordingly counsel for Defendants does not know Plaintiff's position on this motion. In support of this motion, Defendants state as follows:

Plaintiff Stanley Baptiste filed this action pursuant to the Privacy Act. The complaint alleges that Defendants have failed to maintain accurate records and failed to amend their files concerning Plaintiff. Specifically, Plaintiff contends that he is a United States citizen, through derivative citizenship, and should not be listed as deportable.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel at the Bureau of Prisons and the Department of Homeland Security concerning the factual allegations raised in Plaintiff's complaint, including Plaintiff's alleged

citizenship status, and the facts that support any defense(s) the agencies may raise. The undersigned and agency counsel have made a good faith effort to obtain the relevant information in advance of the deadline for responding to the complaint, and to complete their review of the applicable facts and law. However, the undersigned Assistant United States Attorney has not yet received all of the materials necessary to prepare Defendants' responsive pleading. Accordingly, the undersigned requests an 11-day enlargement, so that she can receive and review those materials, and then complete Defendants' responsive pleading.

The requested enlargement also will allow the undersigned Assistant United States Attorney to honor her commitments in other cases. The undersigned's schedule will be very demanding during the next several days. Specifically, she has two opposition briefs due October 3, 2007, motions to dismiss due October 4, and October 5, 2007, an opposition brief due October 10, 2007, and an oral argument October 11, 2007.

Defendants have requested one prior enlargement of this deadline. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 11 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, Defendants respectfully request that their enlargement motion be GRANTED.

Dated: October 3, 2007                              Respectfully submitted,

                                              /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                              /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                       /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2007, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, a ddressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
R44102-066
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986

    /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114