UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>                Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>                Defendants. | Case Number: 1:07CV0959 (CKK) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6, Defendants Federal Bureau of Prisons et al., through undersigned counsel, hereby respectfully move for an enlargement of time in which to submit a reply in support of Defendants' motion to dismiss, and an opposition to Plaintiff's motion for summary judgment. Specifically, Defendants request that their reply brief be due December 20, 2007, and that their opposition to Plaintiff's motion for summary judgment be due December 28, 2007. Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address. Accordingly counsel for Defendants does not know Plaintiff's position on this motion. In support of this motion, Defendants state as follows:

This is a Privacy Act case, in which plaintiff alleges that Defendants have failed to maintain accurate records and failed to amend their files concerning Plaintiff. Specifically, Plaintiff contends that he is a United States citizen, through derivative citizenship as a result of his mother's citizenship status, and should not be listed as deportable. Defendants voluntarily amended their records to reflect that Plaintiff is not subject to a deportation detainer, and have

moved to dismiss this case.

Plaintiff's opposition to Defendants' motion to dismiss was due November 27, 2007. Today, December 4, 2007, Defendants received notification from the Court's ECF system that the opposition brief was filed November 28, 2007, and downloaded a copy of the opposition brief from the PACER system. Defendants also received an ECF notification today indicating that Plaintiff filed a summary judgment motion November 28, 2007. Defendants have not yet received paper service copies of the opposition brief or motion for summary judgment.

Defendants request this enlargement because undersigned counsel needs additional time to prepare Defendants' reply brief and opposition to Plaintiff's motion for summary judgment. Specifically, counsel must send copies of the opposition and summary judgment motion to agency counsel, review the applicable facts and law, and then draft the reply and opposition. In addition, counsel has significant obligations in other pending matters, including a constitutional class action which is in active discovery, and a temporary restraining order hearing set for December 5, 2007. This enlargement will permit the undersigned Assistant United States Attorney to prepare the reply and opposition while honoring her commitments in other cases.

Defendants have requested no prior enlargements of the two deadlines at issue in this motion. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants' enlargement motion should cause no prejudice.

WHEREFORE, Defendants respectfully request that their enlargement motion be GRANTED.

Dated: December 4, 2007                    Respectfully submitted,


                                          /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                          /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2007, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, a ddressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
R44102-066
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986


    /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114