UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stanley Francisco Edward Baptiste,  :
:
      Plaintiff,  :
v.  :    Civil Action No. 07-0959 (CKK)
:
Bureau of Prisons, *et al.*,  :
:
      Defendants.  :

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion for summary judgment [Dkt. No. 15] is GRANTED in part and DENIED in part. The motion is granted on the claims for injunctive and declaratory relief and is denied without prejudice on the claim against the Bureau of Prisons for monetary damages. It is

FURTHER ORDERED that plaintiff's motion for summary judgment [Dkt. No. 18] is DENIED. It is

FURTHER ORDERED that by June 13, 2008, defendants shall supplement the record by confirming when the BOP record at issue was corrected to reflect plaintiff's United States citizenship. It is

FURTHER ORDERED that by June 13, 2008, plaintiff shall supplement the record by (1) identifying each alleged adverse determination, (2) specifying the date or proximate time period it occurred, and (3) stating the basis, if any, given for the decision. It is

FURTHER ORDERED that renewed dispositive motions on the remaining damages claim shall be filed no later than 30 days from the filing date of the supplements.

                                                                  _____s/s_____
                                                                  COLLEEN KOLLAR-KOTELLY
DATE: May 16, 2008                                      United States District Judge