# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number:  1:07CV0959 (CKK)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME TO SUPPLEMENT THE RECORD

Pursuant to Federal Rule of Civil Procedure 6, Defendants Federal Bureau of Prisons et al., through undersigned counsel, hereby respectfully move for a 14 day enlargement of time in which to supplement the record in response to the Court's May 16, 2008 Order.  Specifically, Defendants request that such supplemental evidence be due June 27, 2008, instead of June 13, 2008.  Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address.  Accordingly counsel for Defendants does not know Plaintiff's position on this motion.

There is good cause to grant this enlargement of time.  The Court's May 16, 2008 Order established the deadline of June 13, 2008 for the submission of additional evidence.  However, counsel for the Defendants was out of the office May 14, 2008 through May 27, 2008, and therefore did not learn of that request for additional evidence until May 27, 2008.  Although counsel for Defendants hoped to be able to obtain and submit the supplement evidence within two weeks (i.e., by June 13, 2008), the agencies will need additional time to gather and prepare the supplemental evidence.  Defendants therefore respectfully request an additional two weeks in which to make the supplemental submission.

This enlargement of time also will allow counsel for Defendants to closely review the supplemental evidence prior to its filing, while still honoring her deadlines in other matters. The week of June 9th through June 13, 2008 has been particularly busy for Defendants' counsel, as she had a deposition and two hearings, and a summary judgment motion, a summary judgment opposition brief, and a motion to dismiss due within that time frame. Those demands upon Defendants' counsel's schedule have made it difficult for counsel for Defendants to coordinate with the agency regarding the supplemental evidence that will be filed in this case.

Defendants have requested no prior enlargements of the deadline at issue in this motion. There are no pending court dates that this request for enlargement would affect. Granting Defendants' enlargement motion should cause no prejudice.

WHEREFORE, Defendants respectfully request that their enlargement motion be GRANTED.

Dated: June 12, 2008                                   Respectfully submitted,


                                                                /s/
                                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                        United States Attorney

                                                                /s/
                                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                                        Assistant United States Attorney

                                                                /s/ Robin M. Meriweather
                                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                        Assistant United States Attorney
                                                        555 Fourth St., N.W.
                                                        Washington, D.C.  20530
                                                        Phone: (202) 514-7198   Fax: (202) 514-8780
                                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
R44102-066
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986

                                      /s/  *Robin M. Meriweather*
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114