UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>            Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>            Defendants. | Case Number: 1:07CV0959 (CKK) |

**NOTICE**

Defendant the Federal Bureau of Prisons ("BOP"), through undersigned counsel, hereby provides notice to the Court that Plaintiff is no longer confined at Rivers Correctional Institution. Specifically, BOP's records reflect that Plaintiff is now at a residential re-entry center, and that his address is:

Stanley Baptiste
Reg. No. 44102-066
141 N.W. 1st Ave.
Dania, FL 33004

Plaintiff has been at the residential re-entry center since February 20, 2008, and therefore may not have received the Court's recent orders.

Dated: June 17, 2008                    Respectfully submitted,

                                        ___/s/_____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

                                        ___/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16 th day of June, 2008, I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
Reg. No. 44102-066

141 N.W. 1st Ave.

Dania, FL 33004

                                            /s/ *Robin M. Meriweather*
                                       ROBIN M. MERIWEATHER, D.C. Bar # 490114