UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendants. | Case Number: 1:07CV0959 (CKK) |

**NOTICE OF SUPPLEMENTAL EVIDENCE**

Defendant the Federal Bureau of Prisons ("BOP"), through undersigned counsel, hereby submits supplemental evidence in support of its motion to dismiss and for summary judgment. Specifically, as directed in the Court's May 16, 2008 Order, Defendant submits a supplemental declaration from BOP regarding the "Immigration Detainer — Notice of Action" that was prepared by United States Immigration and Customs Enforcement in 2006. That declaration is attached hereto as Exhibit 1.

Dated: June 27, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR #498610
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

___/s/___
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
Reg. No. 44102-066
141 N.W. 1st Ave.
Dania, FL 33004


    /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STANLEY BAPTISTE, )
)
   Plaintiff, )
) Case No. 1:07-cv-00959-CKK
   v. )
)
BUREAU OF PRISONS, et al., )
)
   Defendants. )

DECLARATION OF JOHN WHITE

I, John White, hereby declare as follows:

1. I am employed by GEO Group Inc. as the Inmate Records Manager at Rivers Correctional Institution ("RCI") in Winton, North Carolina. I have been employed in this capacity since January 8, 2001. RCI is a privately-owned correctional facility under contract with the Federal Bureau of Prisons ("BOP") to confine BOP inmates.

2. As part of my official duties, I am responsible for maintaining and updating BOP records of inmates confined at RCI. Such records, including records pertaining to inmate detainers, are maintained in a system of records called the Inmate Central Record System ("ICRS"). ICRS records are maintained at the same facility as the inmate to whom such records pertain. I also have access to records maintained on the BOP's SENTRY computer database. SENTRY provides detailed information on BOP inmates, including information pertaining to whether any law enforcement detainers have been filed with the BOP against an inmate and information as to an inmate's country of citizenship.

3. BOP legal staff have informed me that inmate Stanley Baptiste, Register No. 44102-066 has claimed that the BOP is maintaining within its records a February 2006 document pertaining to him, entitled "Immigration Detainer - Notice of Action" addressed from the

Department of Homeland Security to the "U.S. BOP Fort Dix FCI." Such document reportedly instructs the BOP to cancel a 1993 detainer that the Immigration and Naturalization Service ("INS") had filed with the BOP against inmate Baptiste.

4. Inmate Baptiste was confined at the BOP's Fort Dix facility from May 24, 2001 until February 27, 2007 and at RCI from February 27, 2007 until February 11, 2008. Inmate Baptiste is currently confined at a residential reentry center (i.e. "halfway house") in Florida serving the remainder of his federal sentence.

5. Inmate Baptiste's ICRS records are currently maintained at RCI. At the request of BOP legal staff, I have searched the SENTRY database and all known ICRS records pertaining to inmate Baptiste, which are maintained at RCI, in an effort to determine whether such records contain a copy of the February 2006 "Immigration Detainer - Notice of Action" document referenced in paragraph 3 above. My search revealed no such document and no indication that such document has ever been maintained by the BOP. Specifically, my search did not indicate that BOP received a Notice of Action in February 2006 regarding inmate Baptiste's immigration detainer.

6. On September 20, 2007, RCI received a Notice of Action from the Bureau of Immigration and Customs Enforcement ("ICE") directing the BOP to cancel the 1993 INS detainer filed against inmate Baptiste. The Notice of Action indicated that Mr. Baptiste's nationality is the United States. I received and processed the Notice of Action on September 20, 2007, at which time I updated inmate Baptiste's records to reflect that the 1993 INS detainer was canceled and that inmate Baptiste was a United States citizen. Prior to September 20, 2007, the 1993 INS detainer was in the BOP records. As noted above, BOP records do not indicate that BOP received a Notice of Action from ICE prior to September 20, 2007.

7. Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Executed this 20th day of June, 2008.

_John White_
John White
Inmate Records Manager
Rivers Correctional Institution