UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STANLEY FRANCISCO EDWAR BAPTISTE,<br>                Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>                Defendants. | Case Number: 1:07CV0959 (CKK) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Federal Bureau of Prisons et al., through undersigned counsel, hereby respectfully move for a 10 day enlargement of time in which to submit renewed dispositive motions in response to the Court's May 16, 2008 Order, making the renewed motion due August 7, 2008. The parties' renewed dispositive motions currently are due Monday July 28, 2008. Local Rule 7(m) does not require counsel to confer with pro se prisoner plaintiffs, and the docket sheet lists only Plaintiff's mailing address. Accordingly counsel for Defendants does not know Plaintiff's position on this motion.

There is good cause to grant this enlargement of time. Counsel for Defendants was out of the office for training July 14 through July 24, 2008. Due to the intensive nature of the training, the undersigned was unable to prepare Defendants' renewed motion during that time. This enlargement of time also will give the agency attorneys time to closely review the draft motion in advance of its submission.

Defendants have requested no prior enlargements of the deadline for filing a renewed brief, but Defendants have requested enlargements of other deadlines. There are no pending court

dates that this request for enlargement would affect. Extending the deadline by ten days should cause no prejudice to either party.

Dated: July 25, 2008                                Respectfully submitted,

                                           /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                           /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                       /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2008, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

**STANLEY FRANCISCO EDWAR BAPTISTE**
R44102-066
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986

                                      /s/  *Robin M. Meriweather*
                              ROBIN M. MERIWEATHER, D.C. Bar # 490114