Nancy Mayer,

Make Note of my change of Address. to

3671 NW 26th St
Lauderdale Lakes FL
33311-2629

---

Baptiste, Stanley E.
3671 NW 26th St
Lauderdale Lakes FL 33311-2629

SOUTH FLORIDA
FL 330
31 JUL 2008 PM 3 L

"LET US DAR[K]
THINK, SPE[
John Adams,
powerofth[

Clerk's Office
Nancy Mayer
United States Dist. Court
For The Dist. of Columbia
U.S. CourtHouse
333 Constitution AVE, N.W.
Washington D.C. 20001

Received Mail Room
AUG - 4 2008
Nancy Mayer Whittington,
US District Court, District of Col[

20001+2802 C002